Bibb

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

UNITED STATES DISTRICT COURT
for the SOUTHERN
District of INDIANA
_____ Division

FILED
11/17/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Case No. 4:22-cv-00147-SEB-KMB
(to be filled in by the Clerk's Office)

Geulin D. Bibb
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Floyd Co. Sheriff Dept, Frank Loop
Sgt. Geary; Sgt. Dangler; Sgt. Ward
Sgt. Kinderman; Officer Wooten,
Officer Holzbaman; Nurse Kelly Johnson
Nurse Courtney Nichols
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

I.   **The Parties to This Complaint**

   A.   **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Gerwin D. Bibb
   All other names by which you have been known: N/A
   ID Number: 143932
   Current Institution: Floyd Co. Jail
   Address: 311 Hauss Square
   New Albany, IN 47150
   City / State / Zip Code

   B.   **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Frank Loop
   Job or Title *(if known)*: Sheriff
   Shield Number: N/A
   Employer: Floyd Co. Sherrif Dept.
   Address: P.O. Box 1406
   New Albany, IN 47150
   City / State / Zip Code
   [X] Individual capacity   [X] Official capacity

   Defendant No. 2
   Name: Sgt Dangler
   Job or Title *(if known)*: Sgt.
   Shield Number: N/A
   Employer: Floyd Co. Correctional Division
   Address: 311 Hauss Square
   New Albany, IN 47150
   City / State / Zip Code
   [X] Individual capacity   [X] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
- Name: SGT. GARY
- Job or Title (if known): SGT.
- Shield Number: N/A
- Employer: FLOYD CO. CORRECTIONAL DIVISION
- Address: 311 HAUSS SQUARE
  - City: New Albany
  - State: IN
  - Zip Code: 47150
- [X] Individual capacity   [X] Official capacity

Defendant No. 4
- Name: SGT. WARD, Jimmy
- Job or Title (if known): Classification
- Shield Number: N/A
- Employer: FLOYD CO. CORRECTIONAL DIVISION
- Address: 311 HAUSS SQUARE
  - City: New Albany
  - State: IN
  - Zip Code: 47150
- [X] Individual capacity   [X] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

  [ ] Federal officials (a *Bivens* claim)

  [X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

IN VIOLATION OF THE FOURTEENTH AMENDMENT AND EIGHTH AMENDMENT.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

B. continuance            Attachment B-3

**Defendant No. 5**

- Name: OFFICER WOOTEN
- Job or title (?): Correctional Staff
- Shield Number: N/A
- Employer: Floyd County Correctional Division
- Address: 311 Hauss Square, New Albany IN 47150
  - CITY    STATE    ZIP CODE

[X] INDIVIDUAL CAPACITY   [X] OFFICIAL CAPACITY

**Defendant No. 6**

- Name: SGT. S. Kinderman
- Job or title: Classification
- Shield Number: N/A
- Employer: Floyd County Correctional Division
- Address: 311 Hauss Square
  - New Albany, IN 47150
  - CITY    STATE    ZIP

**Defendant No. 7**

- Name: OFFICER HOLZERMAN
- Job or title: Correctional Staff
- Shield Number: N/A
- Employer: Floyd County Correctional Division
- Address: 311 Hauss Square
  - New Albany IN 47150
  - CITY    STATE    ZIP

B. Continuance Attachment (B-4)

Defendant No. 8

Name: Nurse Kelly Johnson
Job or title: Jail Nurse
Shield Number: N/A
Employer: Floyd County Corrections Division
Address: 311 Hass Square
New Albany   IN   47150
City   State   Zip

Defendant No. 9

Name: Nurse Courtney Nichols
Job or title: Jail Nurse
Shield number: N/A
Employer: Floyd County Correctional Division
Address: 311 Hass Square
New Albany   KY   47150
City   State   Zip

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

SEE ATTACHMENT (D-1) (D-2) (D-3)

\*ALSO PLEASE ATTACHMENT OF WITNESS STATEMENT

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [X] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.
THESE OCCURANCES ALL TOOK PLACE AT THE FLOYD CO. JAIL. THE AREAS OF EACH INCIDENT VARY BUT ARE NOT LIMITED TO THE FOLLOWING SECTIONS OF THE JAIL: THE BLOCK OF (I), THE BOOKING AREA, THE HOLDING CELLS WITHIN THE BOOKING AREA (ALL THESE INCIDENTS CAN BE VIEWED ON THE JAIL'S CCTV RECORDINGS ON THE FOLLOWING DATES — DEC. 14th APPROX. 1:30-2 AM

C. What date and approximate time did the events giving rise to your claim(s) occur?

December 14th 2021 approx. 1:30am - 2am

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* Sgt. Dangler assaulted me by striking me in the head with handcuffs wrapped around his fist & tased me over (16x5) all over my body. He also ordered me restrained in a chair while sitting in my own feces. And never rendered myself medical attention for my injuries. The following other officers were present; Officer Wooten who applied excessive force around my head and neck area.

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. My neck has been injured however I've yet to recieve any medical treatment for my neck or arm which have been severely sprained.

* Please see attachment (V-1)

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I am seeking actual damages in the amount of $75,000 per individual involved. For the above listed actions and violations. And as for punitive damages I am seeking the amount of $2,000,000.00. For the above listed acts and violations.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

FLOYD CO. JAIL

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

I GRIEVED ABOUT THE INCIDENTS TO HIGHER AUTHORITY TO I WAS GRANTED NO RELIEF.

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   FLOYD CO. JAIL KIOSK

2. What did you claim in your grievance?

   THAT I HAD BEEN ASSAULTED BY SGT. DANGLER AND HAD BEEN TREAT CRUELY AND PUNISHED UNFAIRLY.

3. What was the result, if any?

   NOTHING. ALL APPEALS WERE DENIED!

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   FOR FEAR OF FURTHER RETALIATION I EXHAUSTED MY EFFORTS TO AVOID FURTHER ABUSE (WHICH DID NOT HAPPEN). INFACT THIS SAME OFFICER CONT. TO PRESENT HARM BY DOING OTHER UNBECOMING ACTS * PLEASE SEE ATTACHED PAPERS!*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   FOR FEAR OF MY SAFETY I HAVE NO LONGER FILED ANY FURTHER GRIEVANCES!

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   I INFORMED THE SGT. OVER CLASSIFICATION BOTH SGT WARD AND SGT. KINDERMAN. AS WELL AT TIME LT. O'LOUGHLIN.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. ALL OF THE INCIDENTS I AM DESCRIBING CAN BE FOUND ON THE JAIL'S CCTV RECORDINGS OF THE DATES: DEC 14TH 2021 @ APPROX. 1:30-2AM — DECEMBER 31st 2021 APPROX 11PM — MARCH 29TH 2022 APPROX 7AM (E/BL APRIL 2022

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____N/A_____

   Defendant(s) _____N/A_____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____N/A_____

3. Docket or index number

   _____N/A_____

4. Name of Judge assigned to your case

   _____N/A_____

5. Approximate date of filing lawsuit

   _____N/A_____

6. Is the case still pending?

   ☐ Yes      N/A

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____N/A_____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? N/O

   N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes
☒ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) __N/A__
   Defendant(s) __N/A__

2. Court *(if federal court, name the district; if state court, name the county and State)*

   __N/A__

3. Docket or index number

   __N/A__

4. Name of Judge assigned to your case

   __N/A__

5. Approximate date of filing lawsuit

   __N/A__

6. Is the case still pending?

   ☐ Yes
   ☒ No

   If no, give the approximate date of disposition __N/A__

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   __N/A__

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Nov. 14th 2022

Signature of Plaintiff: Gevein D. Bibb
Printed Name of Plaintiff: Gevein P. Bibb
Prison Identification #: 143932
Prison Address: 311 Hauss Square
New Albany, IN 47150
City / State / Zip Code

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City / State / Zip Code

Telephone Number
E-mail Address

B. STATEMENT OF CLAIM                    5. WHY THEY DID IT

1. WHO VIOLATED YOUR RIGHTS;
2. WHAT EACH DEF. DID;
3. WHEN THEY DID IT;                     D-1
4. WHERE IT HAPPENED;

ON DEC 14th 2021 APPX. AROUND 1:30-2AM IN (I) BLOCK OF THE FLOYD CO. JAIL, SGT DANGLER ALONG WITH OFFICER WOSTEN, OFFICER HOLZKMAN AND SGT GEARY (WHO WAS PRESENT AND STOOD BY AND DID NOTHING), ORDERED MYSELF AWAKE AND BEGAN ATTACKING ME. I PUSHED INTO A CORNER WHERE I SLEPT ALMOST IMPALED BY THE HOOK PROTRUDING FROM A SHELF. AT THAT TIME SGT DANGLER TOOK HIS HANDCUFFS AROUND WRAPPED THEM AROUND HIS FIST AND BEGAN STRIKING ME IN THE HEAD. ONCE I WAS KNOCKED TO THE GROUND I WAS TASED SEVERAL TIMES IN MY TORSO; AS WELL BUTTOCK REGION.* PLEASE SEE JAIL CCTV ON DEC. 14th 2021 IN (I) BLOCK APPX. AROUND 1:30-2AM.

WITH HANDCUFFS STILL ON I WAS CONTINUOUSLY BEING TASED BY SGT. DANGLER (NOTE: I WAS NOT RESISTING). THEN WHILE BEING HOG-TIED I WAS DRAGGED TO THE BOOKING AREA OF THE JAIL. THIS IS WHERE I WOULD BE PLACED IN A RESTRAINT CHAIR AND FORCED TO SIT IN MY OWN FECES. THIS WOULD BE FOR A NUMBER OF HOURS DUE TO THE FACT I WENT UNCONSCIOUS. HOWEVER BEFORE I WAS UNCONSCIOUS I HAD INFORMED THE OFFICERS THAT I HAD GONE TO THE RESTROOM ON MYSELF. WHILE BEING PLACED IN THE RESTRAINT CHAIR THE PAIN WAS SO SEVERE DUE MY ARMS BEING TWISTED AND CONTORTED. ALSO MY HEAD AND NECK WHERE PRESSED DOWNWARD CAUSING ME TO GASP FOR AIR, SO I WAS BEING CHOKED.

D-2

GASPING FOR AIR THEY THOUGHT I WAS SPITTING SO A SPIT MASK WAS PLACED OVER MY HEAD. * PLEASE SEE FLOYD CO. JAIL CCTV RECORDING FOR DEC. 14th 2021 APPROX. AROUND 1:30-2AM.

IN THE RESTRAINT CHAIR CERTAIN OFFICERS WERE PRESENT AND PLAYED INTRICATE ROLES. OFFICER WOOTEN PULLED AT THE BACK OF MY HEAD & NECK DOWNWARD TOWARD MY LAP AREA WHILE SGT. DANGLER & OFFICER HOLZMAN PULLED MY ARMS BACKWARD THROUGH A HOLE IN THE RESTRAINT CHAIR CAUSING ME TO FEEL EXTREME PRESSURE IN MY LIMBS AND NECK AREA. * PLEASE SEE FLOYD CO. JAIL CCTV FOR DEC. 14th 2021 APPROX. 1:30-2AM. *

ONCE THE PHYSICAL EVENTS OF THIS NIGHT EXPIRED, I WAS LEFT UNCONSCIOUS IN THE RESTRAINT CHAIR INSIDE AN HOLDING CELL FOR HOURS. THEN SGT. DANGLER ENTERED TO UTILIZE SMELLING SALT TO AWAKEN ME. AFTER WHICH I WAS STRIPPED SEARCHED AND ALLOWED TO SHOWER. SGT DANGLER THEN TOOK MY SOILED CLOTHING AND DISPOSED OF THEM.

ALL THESE EVENTS HAVE TAKEN PLACE AT THE FLOYD CO. JAIL IN THE AREAS MENTIONED : BOOKING AND F-BLOCK CELL. I GENZON BIBB BELIEVE THEY WERE CARRIED OUT WITH MALICIOUS INTENT AND RETALIATION FOR A PREVIOUS INCIDENT.

December 14, 2021
1:30 Am

D-3

Over 200 LBS Officer Woten

Over 200 LBS Officer Dangler



Chem. Burns on feet from meds.

broken blood vessels in EYES

TAZED APPROXIMATELY 17-20 IN THE TIME OF 6-9 MINS OF INCIDENT INVOLVING ATTACK ON MYSELF @ 1:AM THE MORNING OF DEC. 14th 2021

ATTACHMENT V-1

(WITNESS STATEMENT)

bottom bunk
TALKIN w/ friend
Another man interrupts conversation
Asked him to go away, he didn't
I firmly asked again, head butted me
so I defended myself
fight was broken up & Ralized
what happened — crying I Apologized.
Asked another inmate if I could Apologize
again — he refused. /Next Day several COs
Stormed the Dorm, (I'm mentally Exhausted)
they tell me to stand up (ear buds in) they
threaten me, when I sit up to
comply, one CO has cuffs like knuckles
others had Tazers, I stand & was
thrown in corner, CO w/ cuffs punch
me with cuffs, I was NOT resisting
& was thrown on the ground and
Tazed at least 6 times,

## WITNESSING SIGNATURE

State of Indiana
County of Floyd

Signed before me on _____March_____1st_____, 20_22_____ by

_____Geurin Bibb_____

_____
Notary of the State of Indiana

Official Stamp
Kara M. Hodges
Notary Public
Floyd Co. Indiana
Commission #736924
My commission expires 10/20/2029