UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| GEURIN D. BIBB, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:22-cv-00147-SEB-KMB |
| SGT DANGLER, et al., | ) ) ) |
| Defendants. | ) |

## FINAL JUDGMENT

The Court now enters FINAL JUDGMENT. The action is **DISMISSED WITHOUT PREJUDICE**.

Date: 10/24/2023

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

GEURIN D. BIBB
143932
311 Hauss Square
New Albany, IN 47150

R. Jeffrey Lowe
KIGHTLINGER & GRAY, LLP (New Albany)
jlowe@k-glaw.com

Christine Clark Sims
KIGHTLINGER & GRAY LLP
csims@k-glaw.com